UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHERYL L. ADAMS,

        Plaintiff,                     Case No. 1:09CV455

v.                                                 Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 28, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 28, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).


                                                        /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE

DATED: June 17, 2010.